UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHARLIE OREA and BRENDA OREA,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION as TRUSTEE for the Certificateholders of Structured Asset Mortgage Investments II, Inc., GreenPoint MTA Trust 2006-AR2 Mortgage Pass-Through Ceritifcates Series 2006-AR2, et al.<br><br>Defendants. | Case No. EDCV 18-2570 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On November 26, 2019, the Court granted NATIONWIDE POSTING AND PUBLICATION's, RICHARD P. STEELMAN, JR.'s, STACY SPOHN's, QUALITY LOAN SERVICE CORPORATION's, KEVIN R. MCCARTHY's, MERDAUD JAFARNIA's, JAVONNE M. PHILLIPS's, KATHERINE A. DAVIS's, KAITLIN PRESTON's, ASHLEY HENNESSEE's, BOUNLET

LOUVAN's, SELECT PORTFOLIO SERVICING, INC.'s, WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MORTGAGE FUNDING TRUST 2006-AR2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR2's [collectively, "Defendants"] Motions to Dismiss Plaintiffs CHARLIE OREA's and BRENDA OREA's Second Amended Complaint without leave to amend. Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is dismissed in its entirety, with prejudice, and that a Judgment of Dismissal be entered in favor of Defendants, and each of them, and against Plaintiffs. Plaintiffs are awarded nothing in this action against Defendants or either of them.

Dated: January 14, 2020

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge